DISTRICT OF PENNSYLVANIA

STACY BUTLER
  Plaintiff
  v.
UNITED STATES
  Defendants

CASE #: 3:21-CV-C

FILED SCRANTON
MAR 30 2021
PER _____ DEPUTY CLERK

## Civil Action Complaint

This is a federal tort claim made pursuant to 28 U.S.C. Section 2671-2680 and 28 USC Section 1346.

This is a civil action complaint for Declaratory, Complementary and monetary relelief for violation of 18 U.S.C. § 4042, et seq. and for violation of the federal tort claim act 28 U.S.C. Section 2671-2680.

### Jurisdiction

Jurisdiction is conferred upon this court pursuant to the federal tort claim act, 28 USC § 2671-2680, 28 USC § 1346, 28 USC § 2201 and 28 USC § 2202.

### Venue

Venue is proper in this court pursuant to 28 USC 1402 (b) because the facts as alleged in this complaint occured in this judicial district.

### Parties

The plaintiff is Stacy Butler who is a federal prisoner incarcerated at U.S.P. Beaumont at P.O. Box 26030 Beaumont, Texas 77720.

Defendant #1, The U.S. in its official capacity at USP Canaan Waymart Pennsylvania

## Count-1

The U.S. through its agency the federal Bureau of prisons employees at USP Canaan in their official capacity under color of federal Authority breached their statutory duties pursuant to 18 USC § 4042 et seq. by the wrongfully and negligent failed to provide thee plaintiff with prescribed medical treatment on 3/21/18.

On 3/21/18 PAC-H. Walters administred the wrong medication to the plaintiff that was not prescribed to the plaintiff which has caused and continues to cause the plaintiff various injuries and damages, in violation of the federal Bureau of prisons statutory duties pursuant to 18 USC § 4042, et seq. and the federal tort claim act 28 USC § 2671-2680

## Supporting facts

1) I aver that on 3-21-18 during a institutional lock-down while housed in C-2 cell 227 PAC-H. Walters administred me Stacy Butler the wrong medication, medication inwhich was my cellys Cedric Hodges Smith medication.

2) I aver that I was identified by Pac-H. Walters before she gave me the wrong medication.

3) I aver that before reciving the medication that I told PAC-H.Walter that the medication she was about to give me wasn't my meds because the amount contained didnt look like 3 pills in which was suppose to have been 2 carbamizipnes and baclofen.

4) I aver that PAC-H.Walters then stated after looking at the pills that the baclofen was discontinued and gave me the meds to take.

5) I aver that after taking the meds that I then steped away from the cell door and sat on the bottom bunk.

6) I aver that my cellmate Cedric Hayes Smith then went to the door to be given his medication.

7) I aver that PAC-H wolters tryed to hand mr. smith some medication but mr. smith stated to her that the meds was not his.

8) I aver that PAC-H.wolters told mr. smith to step aside, she then looked at me and told me stay Butler that she had administred me the wrong medication.

9) I aver that I stepped back to the door and was administred the carbamizipine and baclofen by ms. Walters.

10) I aver that about an hour later I began to feel disorented, a rapid heartbeat, dizziness, drowsiness, fatigue and nausau

11) I aver that my celly push the cells emergency call button.

12) I aver that it wasnt until the second time he pushed it did

A.N. Patricia Zdziarski showed up after telling the officer in charge of housing unit C-2 to tell me to drink water the first time.

j) I aver that I was met by P. Zdziarski abusive language and threats.

14) I aver that P.A.C. H. Walters neglect in providing me with the proper meds was because she failed to insure that the registred number on the meds and name matched my identification.

Remedy # TRT-NER-2020-02031

The defendant did not respond within 6 months to the plaintiff amended form (95).

Relief

1) Judgement that the defendant the United states are liable to the plaintiff in their official capacity for compensatory Damages for the amount of $250,000.00 for count (1).

Verification

I certify under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing facts as stated above herein are true and correct to the best of my knowledge and belief. Done dated and executed this 15th day of March 2021    Stacy Butler 05375-017
U.S.P. Beaumont
P.O. Box 26030
Beaumont, Texas 77720

4

STAY Butler,
          Plaintiff
    V.                                    CASE #

United States

## NOTICE OF MEMO ATTACHMENT

Comes now Stay Butler pro-se herby give notice to this honorable court said attachment in the above cause of action and also states as follows.

(1) The plaintiff states that he was without his personal property NOV, 20, 20, up until March 18th, 2021.

(2) Plaintiff arrived at U.S.P. Beaumont and was still without his property even in the month of Feb 25 2021.

(3) Plaintiff is also very, very limited to access the electronic law library at the U.S.P. Due to restricted movement because of the Covid (19) pandemic.

(4) The plaintiff ask this court to except the enclosed attachment complaint as filed with this court timely do to the empidents of no faults of his owns but as stated herein in paragraphs 1 thru 3 and (6)

(5) Plaintiff recieved a case # for said complaint in which was assigned by this Court, the month of Oct. 2020. Date request mailed to the court 9/21/20 by Stay Butler from A.U.S.P. Thomson I.L.

b) Plaintiff contracted the covid (19) virus in NOV-24 2020 and was in Quarantine without personal property whereas a case # filed with this court along with requested tort claim form and court Rule Civ. Pro. inableing the plaintiff to litigate. There was no availibilty are ANY access to law library electronically empeding the plaintiff's ability to prepare for this said cause of action.

verify cation
Under penalty of perjury the foresaid herein and its entirety is hereby true and correct to the best of my knowledge.

Stacy Other
05373-017
US.P. Beamont
P.O. Box 26030
Beamont, Texas 77720





Clerk of Court
William J. Nealon Federal Bldg & U.S. Courthouse
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501

Mr Stay Butler
05373-017
United States Penitentiary
P.O. Box 26030
Beaumont, Texas 77720

RECEIVED
SCRANTON

MAR 30 2021

PER _____
DEPUTY CLERK

18501311148 BOSS